Muresan's remaining contentions are unpersuasive.

**AFFIRMED.**

John HINZ, Plaintiff–Appellant,

v.

**U.S. POSTAL SERVICE,**
**Defendant–Appellee.**

No. 06–55237.

United States Court of Appeals,
Ninth Circuit.

Submitted July 1, 2008.*

Filed July 11, 2008.

John Hinz, Long Beach, CA, for Plaintiff–Appellant.

Sharla Cerra, David Finchas, Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

John Hinz appeals pro se the district court's Order denying reconsideration of its Order granting summary judgment in his action against the United States Postal Service (USPS), challenging USPS's closure of Hinz's post box in Long Beach, California, after Hinz refused to provide USPS with a current home address. We affirm the District Court's Judgment and its Order denying Reconsideration for the reasons stated in the District Court's Orders filed November 5, 2005 and December 13, 2005.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

